```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON RAUL SANTIAGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-015 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| JASON RAUL SANTIAGO, | |
| Defendant. | Date:  March 29, 2010<br>Time:  8:30 a.m.<br>Judge: William B. Shubb |

This case is currently scheduled for status conference on March 1, 2010.  The attorneys for both parties have conferred and agree that the status conference hearing date of March 1, 2010, be vacated and a new status conference hearing date of **Monday, March 29, 2010, at 8:30 a.m.**, be set.

This continuance is being requested because the parties are still negotiating a plea agreement.  In addition, defense counsel will not be available as he has two sentencing hearings scheduled in Fresno on March 1, 2010.

/ / /

/ / /

/ / /

It is further stipulated and agreed between the parties that the period from March 1, 2010, through and including March 29, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: February 26, 2010          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Douglas J. Beevers*
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JASON RAUL SANTIAGO

Dated: February 26, 2010          BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Douglas J. Beevers for*
                                        WILLIAM WONG
                                        Assistant U.S. Attorney

### O R D E R

**IT IS SO ORDERED.**

Dated: February 26, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE