```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, AZ Bar # 016370
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JASON RAUL SANTIAGO

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-10-015 WBS
                                 )
12            Plaintiff,         )
                                 ) STIPULATION AND [PROPOSED] ORDER
13       v.                      ) TO CONTINUE STATUS CONFERENCE
                                 )
14  JASON RAUL SANTIAGO,         )
                                 ) Date: May 10, 2010
15            Defendant.         ) Time: 8:30 a.m.
                                 ) Judge: William B. Shubb
16  _____ )
```

(Note: "PROPOSED" is struck through.)

17

18     IT IS HEREBY STIPULATED between the parties, William Wong,
19 Assistant United States Attorney, and Douglas J. Beevers, Assistant
20 Federal Defender, attorney for defendant JASON RAUL SANTIAGO, that the
21 status conference of May 10, 2010 at 8:30 a.m., be vacated, and the
22 matter be set for status conference on May 24, 2010 at 8:30 a.m.
23     The reason for the continuance is to allow the parties additional
24 time to negotiate a resolution.  The parties agree a continuance is
25 necessary for this purpose, and agree to exclude time under the Speedy
26 Trial Act accordingly.

27

28

1    IT IS STIPULATED that the period from the signing of this Order,
2 up to and including May 24, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
5 preparation of counsel.

6 Dated: May 5, 2010                     Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         */s/ Douglas J. Beevers*
9
                                         DOUGLAS J. BEEVERS
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       JASON RAUL SANTIAGO

12
   Dated: May 5, 2010                    BENJAMIN B. WAGNER
13                                       United States Attorney

14
                                         */s/ William Wong*
15
                                         WILLIAM WONG
16                                       Assistant U.S. Attorney

17

18                          **O R D E R**

19
   **IT IS SO ORDERED**.
20
   Dated: May 6, 2010
21
                        _____
22                      WILLIAM B. SHUBB
23                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation and Order                    2