DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON RAUL SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON RAUL SANTIAGO,<br><br>  Defendant. | No. CR-S-10-015 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 14, 2010<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

　　　IT IS HEREBY STIPULATED between the parties, William Wong, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JASON RAUL SANTIAGO, that the status conference of May 24, 2010 at 8:30 a.m., be vacated, and the matter be set for status conference on June 14, 2010 at 8:30 a.m.

　　　The reason for the continuance is to allow the parties additional time to negotiate a resolution.  The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1  IT IS STIPULATED that the period from the date of the parties'
2 stipulation, May 21, 2010, and up to and including June 14, 2010, shall
3 be excluded in computing the time within which trial of this matter
4 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C
5 §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing
6 preparation of defense counsel).

Dated: May 21, 2010                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       */s/ Douglas J. Beevers*

                                       DOUGLAS J. BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JASON RAUL SANTIAGO

Dated: May 21, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ William Wong*

                                       WILLIAM WONG
                                       Assistant U.S. Attorney

## O R D E R

**IT IS SO ORDERED.**

Dated: May 21, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE