DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON RAUL SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-015 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| ) | |
| JASON RAUL SANTIAGO, ) | |
| ) | Date: August 2, 2010 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: William B. Shubb |

IT IS HEREBY STIPULATED between the parties, William Wong, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JASON RAUL SANTIAGO, that the status conference of July 19, 2010 at 8:30 a.m., be vacated, and the matter be set for status conference on August 2, 2010 at 8:30 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution. In addition, defense counsel is in trial in *United States v. Sue Vue,* CR-S-09-362, beginning the week of July 19, 2010. The trial is expected to last four days. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the date of the parties'
2 stipulation, July 14, 2010, and up to and including August 2, 2010, shall
3 be excluded in computing the time within which trial of this matter must
4 be commenced under the Speedy Trial Act, pursuant to 18 U.S.C
5 §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 (ongoing
6 preparation of defense counsel).

7 Dated: July 14, 2010                    Respectfully submitted,

8                                          DANIEL J. BRODERICK
                                           Federal Defender
9
                                           /s/ Douglas J. Beevers
10
                                           DOUGLAS J. BEEVERS
11                                         Assistant Federal Defender
                                           Attorney for Defendant
12                                         JASON RAUL SANTIAGO

13
   Dated: July 14, 2010                    BENJAMIN B. WAGNER
14                                         United States Attorney

15
                                           /s/ William Wong
16
                                           WILLIAM WONG
17                                         Assistant U.S. Attorney

18

19                                **O R D E R**

20
      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
21
   ordered that the status conference presently set for July 19, 2010, be
22
   continued to August 2, 2010 at 8:30 a.m.  Based on the representation
23
   of defense counsel and good cause appearing therefrom, the Court hereby
24
   finds that the failure to grant a continuance in this case would deny
25
   defendant reasonable time necessary for effective preparation, taking
26
   into account the exercise of due diligence.  The Court finds that the
27
   ends of justice to be served by granting a continuance outweigh the
28
   best interests of the public and the defendant in a speedy trial.  It

Stipulation and Order                    2

is ordered that time from the date of this Order, to and including, the August 2, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: July 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                          3