```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, AZ Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON RAUL SANTIAGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-0015 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| JASON RAUL SANTIAGO, | |
| Defendant. | Date: August 30, 2010<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

IT IS HEREBY STIPULATED between the parties, William Wong, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JASON RAUL SANTIAGO, that the status conference of August 23, 2010 at 8:30 a.m., be vacated, and the matter be set for status conference on August 30, 2010 at 8:30 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution. In addition, defense counsel is on leave August 16th through August 20th and will not have enough time to confer with the defendant before the currently scheduled status conference. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the date of the parties' stipulation, August 18, 2010, and up to and including August 30, 2010, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: August 18, 2010          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Douglas J. Beevers

                                DOUGLAS J. BEEVERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JASON RAUL SANTIAGO

Dated: August 18, 2010          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ William Wong

                                WILLIAM WONG
                                Assistant U.S. Attorney

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 23, 2010, be continued to August 30, 2010 at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is

Stipulation and Order                    2

ordered that time from the date of this Order, to and including, the August 30, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:   August 18, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE