**FILED**
AUG 27 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

**MEMORANDUM TO BE SIGNED AND RETURNED DIRECTLY TO OFFICE OF THE FEDERAL DEFENDER**

# M E M O R A N D U M

DATE:       August 26, 2010

TO:         Honorable Kimberly Mueller, United States Magistrate Court Judge

FROM:       Douglas Beevers, Assistant Federal Defender

SUBJECT:    <u>United States v. Jason Santiago,</u>
            CR-S-10-0015 WBS
            Detention Hearing: ___9/7___ 2010 at 2:00 pm

---

It is required that advance authority be requested under Rule 17(b) by ex parte application for subpoenas for indigent defendant.

It is necessary that a witness be subpoenaed in this case for an adequate presentation of the defense. Authority to subpoena this witness under Rule 17(b), Federal Rules of Criminal Procedure, is hereby requested. It is respectfully requested that you sign this Memorandum and return it to this office indicating authorization for payment of these witnesses. The witness requested is the defendant's treating physician whose testimony at the detention hearing would be relevant to evaluate whether his physical condition has become so severe that conditions of release could be established which would ensure the safety of the community. The requested witness works in Sacramento and would be entitled to witness fees and travel expenses. It is further requested that the court authorize the United States Marshals Service to SERVE the subpoenas issued in this case.

/s/ DOUGLAS BEEVERS

Authorization for the issuance of the subpoenas, service by the United States Marshals Service, and payment of the witnesses is hereby granted.

DATED: August ___, 2010

_____
Honorable Kimberly Mueller
United States Magistrate Court Judge

DENIED without prejudice to renewal following counsel's consultation with special Deputy Marshal Fred Edwards and determination that request for bail review is still warranted. Any renewal shall cite authority for the proposition that a severe medical condition supports Bail Reform Act release.
/s/ K. Mueller 8/27/10