DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON RAUL SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-0015 WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JASON RAUL SANTIAGO, | |
| Defendant. | Date: September 13, 2010<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

   IT IS HEREBY STIPULATED between the parties, William Wong, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JASON RAUL SANTIAGO, that the status conference of August 30, 2010 at 8:30 a.m., be vacated, and the matter be set for status conference on September 13, 2010 at 8:30 a.m.

   The reason for the continuance is to allow the parties additional time to negotiate a resolution and to investigate the defendant's medical condition. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

   IT IS STIPULATED that the period from the date of the parties' stipulation, August 27, 2010, and up to and including September 13, 2010,

shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T4 (ongoing preparation of defense counsel).

Dated: August 27, 2010                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          */s/ Douglas J. Beevers*

                                          DOUGLAS J. BEEVERS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JASON RAUL SANTIAGO

Dated: August 27, 2010                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          */s/ William Wong*

                                          WILLIAM WONG
                                          Assistant U.S. Attorney

### O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 30, 2010, be continued to September 13, 2010 at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the September 13, 2010 status conference shall be excluded from computation

1 | of time within which the trial of this matter must be commenced under the
2 | Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
3 | T-4, to allow defense counsel time to prepare.
4 | Dated:    August 27, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE